UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:01-cr-180-T-17TBM
       8:04-cv-2401-T-17TBM

ALEC V. MATHEWS.

_____

O R D E R

The Court denied Defendant's untimely-filed 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. Judgment was entered November 15, 2004. Now, Defendant has filed an application for certificate of appealability (Doc. No. 7) which the Court construed as a Notice of Appeal. The Construed Notice of Appeal appears to be untimely.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

Accordingly, the Court orders:

That Defendant's application for a certificate of appealability (Doc. No. 7) is denied.

ORDERED in Tampa, Florida, on August 4, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Alec Mathews